```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
OPTANIX, INC.,                                                      :
:
:
                                    Plaintiff,                      :   1:20-cv-09660-GHW
:
            -against-                                               :   ORDER
:
ALORICA INC.,                                                       :
:
:
                                    Defendant.                      :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

   This action was removed from the Supreme Court of the State of New York, County of New York, on November 17, 2020.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than December 1, 2020.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

   SO ORDERED.

Dated:  November 18, 2020                          _____
New York, New York                                          GREGORY H. WOODS
                                                        United States District Judge